IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY T. DESHAZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:12-CV-27-TMH |
| | ) |
| | ) |
| JAY JONES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered two Recommendations (Docs. #10 & 11) in this case to which no timely objections have been filed. After a review of the Recommendations, and after an independent review of the entire record, the court finds that the Recommendations should be adopted. Accordingly, it is

ORDERED that:

1. The RECOMMENDATIONS (Docs. #10 & 11) of the Magistrate Judge are ADOPTED;

2. Plaintiff's motions for preliminary injunction (Docs. #1 & 6) are DENIED; and

3. This case is dismissed without prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate judgment shall issue.

Done this 13th day of March, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE